# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROSHUN LARON COLUM, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CIV-12-0659-HE |
| ) | |
| STATE OF OKLAHOMA, ET AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Roshun Colum, a state prisoner appearing *pro se* and *in forma pauperis*, brought this civil rights action under 42 U.S.C. § 1983.  Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred for initial proceedings to Magistrate Judge Robert E. Bacharach.  Judge Bacharach has recommended that plaintiff's claims against the State of Oklahoma be dismissed on the basis of Eleventh Amendment immunity.  Plaintiff has filed an objection.  After conducting a de novo review of the issues to which plaintiff has objected, the court agrees with the magistrate judge's conclusion.  For substantially the reasons stated in the report, the Report and Recommendation [Doc. #9] is **ADOPTED** and plaintiff's claims against the State of Oklahoma are **DISMISSED**.

**IT IS SO ORDERED**.

Dated this 21st day of August, 2012.

JOE HEATON
UNITED STATES DISTRICT JUDGE