**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROSHUN LARON COLUM, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>STATE OF OKLAHOMA, ET AL. )<br>)<br>Defendants. ) | Case No. CIV-12-0659-HE |

## ORDER

Plaintiff Roshun Colum brought this civil rights action under 42 U.S.C. § 1983. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred for initial proceedings to Magistrate Judge Robert E. Bacharach. Because plaintiff was incarcerated, Judge Bacharach initially granted plaintiff pauper status and ordered plaintiff to pay the filing fee in installments. Judge Bacharach now recommends the court revoke plaintiff's leave to proceed *in forma pauperis* as plaintiff is no longer incarcerated at Garfield County Jail and has failed to timely comply with the Magistrate Judge's order requiring him to provide the court with updated financial information.

Plaintiff failed to object to the Magistrate Judge's Report and Recommendation and thereby waived his right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court **ADOPTS** Magistrate Judge Bacharach's Report and Recommendation [Doc. #27] and **REVOKES** plaintiff's leave to proceed *in forma pauperis*. Plaintiff is **ORDERED** to pay the remaining balance of the

filing fee in full to the Court Clerk within **21 days** from the date of this order.  Failure to pay the filing fee by the date specified may result in dismissal of the action without prejudice.

    **IT IS SO ORDERED**.

    Dated this 24th day of October, 2012.

                                                 *[signature]*
                                        JOE HEATON
                                        UNITED STATES DISTRICT JUDGE